No. 287. CABASSA ET AL., PETITIONERS, *v.* SEPÚLVEDA, DISTRICT JUDGE, RESPONDENT.—Certiorari. Ponce. April 12, 1920. *Denied.*

No. 1495. PEOPLE, APPELLEE, *v.* MENÉNDEZ, APPELLANT.—Breach of peace. San Juan. April 16, 1920. *Affirmed.*

No. 1507. PEOPLE, APPELLEE, *v.* BOU, APPELLANT.—Assault and battery. Ponce. April 16, 1920. *Affirmed.*

No. 1496. PEOPLE, APPELLEE, *v.* CUEVAS, APPELLANT.—Assault and battery. San Juan. April 16, 1920. *Affirmed.*

No. 288. DÍAZ, PETITIONER, *v.* FOOTE, DISTRICT JUDGE, RESPONDENT.—Certiorari. Mayagüez. April 16, 1920. *Denied.*

No. 1433. PEOPLE, APPELLEE, *v.* GUILLERMO, APPELLANT.—Abandonment of minors. Arecibo. April 20, 1920. *Reversed.*

No. 2109. CARLO, APPELLEE, *v.* FERRER, APPELLANT.—Filiation. Mayagüez. April 23, 1920. *Affirmed.*

No. 1498. PEOPLE, APPELLEE, *v.* HERNÁNDEZ, APPELLANT.—Assault and battery. San Juan. April 29, 1920. *Affirmed.*

No. 2231. JORDÁN, APPELLEE, *v.* RODRÍGUEZ, APPELLANT.—Injunction. Arecibo. April 29, 1920. *Withdrawn.*

No. 289. LÓPEZ, PETITIONER, *v.* ROSSY, DISTRICT JUDGE, RESPONDENT.—Certiorari. San Juan. April 29, 1920. *Denied.*